# United States District Court
## WESTERN DISTRICT OF TENNESSEE
## Western Division

## JUDGMENT IN A CIVIL CASE

LINDA YVETTA ENSHES,
Plaintiff,

v.

CASE NUMBER: 2:12-cv-2730-T

THE KNIGHTS TEMPLAR, ET AL.,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 1/2/13, the complaint is DISMISSED for failure to state a claim on which relief may be granted and as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

It is CERTIFIED, pursuant to Fed. R. App. P. 24(a), that any appeal in this matter by Plaintiff is not taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED. Accordingly, if Plaintiff files a notice of appeal, she must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.

**APPROVED:**

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**